UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00440

**Todrick Morris,**
*Plaintiff,*

v.

**Suleiman Aliu et al.,**
*Defendants.*

**ORDER**

Plaintiff Todrick Morris, a prisoner confined within the Texas prison system proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On January 8, 2023, the magistrate judge issued a report recommending that defendants' motion for summary judgment limited to the exhaustion of administrative remedies (Doc. 38) be denied. Doc. 48. A copy of this report was sent to the parties. The docket reflects that plaintiff received a copy of the report on January 23, 2023. Doc. 49. No objections were filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendants' motion for summary judgment limited to the exhaustion of administrative remedies is denied.

*So ordered by the court on February 28, 2023.*

J. CAMPBELL BARKER
United States District Judge